IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| PATRICIA REMACLE,<br><br>    Plaintiff and Counter-Defendant<br><br>v.<br><br>REPPERIO, INC. and JUNE MARSHALL<br><br>    Defendant and Counter-Plaintiffs<br><br>THOMAS ZIEMBA AND DAVID ABEL<br><br>    Defendants. | Case No. 1:17-cv-00434-GBL-JFA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Counter-Defendant Patricia Remacle, Defendant and Counter-Plaintiffs Repperio, Inc, and June Marshall, and Defendants Thomas Ziemba and David Abel by their respective counsel, stipulate to the dismissal of this action under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Because all matters at issue have been settled by mutual agreement, the parties ask that this action and all claims and counterclaims be dismissed with prejudice.

Respectfully submitted,

s/Nicholas Hantzes
Nicholas Hantzes VSB 23967
Michael Hall, VSB 85481
HANTZES & ASSOCIATES
1749 Old Meadow Road
Suite 308
McLean, Virginia 22102
nhantzes@hantzeslaw.com
*Counsel for Patricia Remacle*

s/ Mitchell Green
Mitchell A. Greene (Pro Hac Vice)
ALERDING CASTOR HEWITT, LLP
47 S. Pennsylvania Street, Suite 700
Indianapolis, Indiana 46204
mgreene@alerdingcastor.com
*Counsel for Repperio, Inc.
and June Marshall*

 s/S. Hayes Edwards
S. Hayes Edwards, Jr. (*Pro Hac Vice*)
7811 Montrose Road, Suite 400
Potomac, Maryland  20854
(301) 251-1180 (phone)
(301) 251-0447 (fax)
hedwards@mcmillanMetro.com
*Counsel for David Abel and Thomas Ziemba*

So Ordered

/s/ _____  12/7/17
T. S. Ellis, III
United States District Judge